# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
 (JUSTICE NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:
835900.00003
WRITER'S DIRECT CONTACT:

March 17, 2021

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Spruill v. City of New York et al.*, 21-cv-181 (AT)(GG)

Dear Judge Torres:

      This firm represents Plaintiff Jeremiah Spruill in the above referenced matter. We write pursuant to the Court's Individual Practices Rule III(B)(ii) to request leave to amend the Complaint. Plaintiff requests permission to file an amended complaint with 21 days, or on or before April 7, 2021. This is Plaintiff's first request for leave to amend. Counsel for Defendant Vance consents to this request and counsel for the City of New York and the New York Police Department Defendants take no position as to this request.

      On March 5, 2021, counsel for Defendant Cyrus Vance submitted a letter to Plaintiff's counsel pursuant to the Court's Individual Practices Rule III(B)(ii) detailing Defendant's intent to move to dismiss the Complaint. On March 11, 2021, counsel for the City of New York and the New York Police Department ("NYPD") Undercover Officers and Detectives (collectively the "City Defendants") submitted a similar letter. On March 17, 2021, after agreeing with counsel for additional time to respond to Defendant Vance's letter, Plaintiff responded to Defendant Vance and the City Defendants' letters detailing "the extent . . . to which plaintiff concur[red] with defendant[s'] objections and the amendments, if any, to be made to the complaint to address them, or the reasons and controlling authority that support the pleadings as filed." *See* the Court's Individual Practices Rule III(B)(ii). In Plaintiff's responses, Plaintiff noted intent to amend the Complaint including to: (1) dismiss Defendant Vance from this action; (2) dismiss Plaintiff's false arrest claim; and (3) reinforce Plaintiff's *Monell* claims as to the NYPD and the New York County District Attorney's Office.

   Therefore, pursuant to the Court's Individual Practices III(B)(ii), Plaintiff respectfully requests that the Court grant Plaintiff leave to amend the Complaint and file an amended complaint on or before April 7, 2021.

   We thank the Court for its consideration in this matter.

               Respectfully submitted,

               BELDOCK LEVINE & HOFFMAN LLP
               99 Park Avenue, PH/26th Fl.
               New York, New York 10016
               (212) 490-0400

By: _____
   Jonathan C. Moore
   David B. Rankin
   Marc A. Cannan
   Marc Arena

   *Attorneys for Plaintiff Jeremiah Spruill*

cc:  All Counsel (via ECF)